IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert LeRoy, | ) |
|     Plaintiff | ) Docket 3:09-cv-2382-JMM |
| | ) (JUDGE JAMES M. MUNLEY) |
| v. | ) |
| NCO Financial Systems, Inc. | ) |
|     Defendant | ) FILED ELECTRONICALLY |

## ORDER OF DISMISSAL

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs. The parties will have sixty days in which to consummate the settlement.

BY THE COURT:

DATED: 2/1/10

JUDGE JAMES M. MUNLEY
United States District Court